## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HORTENCIO ARCELO ) <br> DACAYO ST., SAN MARCELINO ) <br> 2207 ZAMBALES ) <br> REP. OF TH PHILS. ) <br> ) <br>         Plaintiff, ) <br> v. ) <br> ) <br> ) <br> THE HONORABLE DONALD C. WINTER ) <br> SECRETARY OF THE NAVY ) <br> DEPARTMENT OF THE NAVY ) <br> HUMAN RESOURCES OFFICE ) <br>  (YOKOSUKA, JAPAN) ) <br> PSC 473, BOX 22, N134 ) <br>  FPO AP 96349-0022 ) <br> ) <br>         Defendant. ) <br> ) | Case No: 08-1247 (ESH) <br> Electronic Case Filing |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK of the Court will please enter the appearance of Assistant United States Attorney **Charlotte A. Abel** as counsel of record for the defendant in the above-captioned civil action.

                                \_\_/s/_____
                                CHARLOTTE A. ABEL, DC Bar #388582
                                Assistant U.S. Attorney
                                Judiciary Center Building
                                555 Fourth St., N.W., Rm. E4410
                                Washington, D.C.  20530
                                (202) 307-2332

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **14th** day of **August**, 2008, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

HORTENCIO ARCELO
Dacayo St., San Marcelino
2207 Zambales
Philippines


　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　CHARLOTTE A. ABEL, DC Bar #388582
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney